**LANCASTER AIRPORT AUTHORITY**
500 Airport Road, Suite G
Lititz, PA  17543-9340

Jay C. Newswanger
1904 Pennsylvania Ave.
Lititz, PA 17543

**Employee Pay Stub**   Check number:                              Pay Period: 08/14/2023 - 08/27/2023            Pay Date: 08/31/2023

**Employee**

Jay C. Newswanger, 1904 Pennsylvania Ave., Lititz, PA 17543

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Maintenance Hourly | 80.00 | 31.28 | 2,502.40 | 40,435.72 |
| Maintenance Overtime | 7.00 | 46.92 | 328.44 | 8,666.82 |
| ARFF - Overtime | 18.75 | 46.92 | 879.75 | 5,994.24 |
| Maintenance Vacation | | | | 1,251.20 |
| Maintenance Sick Time | | | | 463.36 |
| Snow Removal Overtime | | | | 130.32 |
| Maintenance Holiday | | | | 1,677.44 |
| | 105.75 | | 3,710.59 | 58,619.10 |

| Sick | Accrued | Used | Available |
|---|---|---|---|
| Current | 0.00 | 0.00 | 345.00 |
| YTD | 0.00 | | |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0.00 | | 144.00 |
| YTD | | | |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -70.00 | -1,260.00 |
| HSA Contrb Employee | -50.00 | -900.00 |
| 457 EE Pre-Tax | -185.53 | -2,930.94 |
| Dental EE Insurance - Pre | -35.12 | -632.16 |
| Vision EE Insurance - Pre | -5.68 | -102.24 |
| | -346.33 | -5,825.34 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Services Tax (LST) | -2.00 | -36.00 |
| LCTCB | -40.82 | -640.84 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -299.00 | -4,446.00 |
| Social Security Employee | -220.09 | -3,454.93 |
| Medicare Employee | -51.47 | -808.01 |
| PA - Withholding | -108.98 | -1,710.75 |
| PA - Unemployment Employee | -2.59 | -41.03 |
| | -724.95 | -11,137.56 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Life Insurance | -28.80 | -518.40 |
| Cell Phone Reimbursement | 24.23 | 436.14 |
| | -4.57 | -82.26 |

| Net Pay | 2,634.74 | 41,573.94 |
|---|---|---|

LANCASTER AIRPORT AUTHORITY, 500 Airport Road, Suite G, Lititz, PA  17543-9340 (717) 569-1221  --  EIN: 23-6005817

Powered by **Intuit** Payroll

**LANCASTER AIRPORT AUTHORITY**
500 Airport Road, Suite G
Lititz, PA  17543-9340

Jay C. Newswanger
1904 Pennsylvania Ave.
Lititz, PA 17543

| Employee Pay Stub | Check number: | Pay Period: 09/11/2023 - 09/24/2023 | Pay Date: 09/28/2023 |
|---|---|---|---|

**Employee**

Jay C. Newswanger, 1904 Pennsylvania Ave., Lititz, PA 17543

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Maintenance Hourly | 56.00 | 31.28 | 1,751.68 | 43,939.08 |
| Maintenance Overtime | 5.75 | 46.92 | 269.79 | 9,229.86 |
| Maintenance Vacation | 24.00 | 31.28 | 750.72 | 2,502.40 |
| ARFF - Overtime | | | | 6,287.49 |
| Maintenance Sick Time | | | | 463.36 |
| Snow Removal Overtime | | | | 130.32 |
| Maintenance Holiday | | | | 1,927.68 |
| | 85.75 | | 2,772.19 | 64,480.19 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -70.00 | -1,400.00 |
| HSA Contrb Employee | -50.00 | -1,000.00 |
| 457 EE Pre-Tax | -138.61 | -3,224.00 |
| Dental EE Insurance - Pre | -35.12 | -702.40 |
| Vision EE Insurance - Pre | -5.68 | -113.60 |
| | -299.41 | -6,440.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Services Tax (LST) | -2.00 | -40.00 |
| LCTCB | -30.03 | -704.54 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -192.00 | -4,866.00 |
| Social Security Employee | -161.91 | -3,798.38 |
| Medicare Employee | -37.86 | -888.33 |
| PA - Withholding | -80.17 | -1,880.81 |
| PA - Unemployment Employee | -1.94 | -45.14 |
| | -505.91 | -12,223.20 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Life Insurance | -33.23 | -584.86 |
| Cell Phone Reimbursement | 24.23 | 484.60 |
| | -9.00 | -100.26 |

| **Net Pay** | | **1,957.87** | **45,716.73** |
|---|---|---|---|

| Sick | Accrued | Used | Available |
|---|---|---|---|
| Current | 0.00 | 0.00 | 353.00 |
| YTD | 0.00 | | |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0.00 | | 104.00 |
| YTD | | | |

LANCASTER AIRPORT AUTHORITY, 500 Airport Road, Suite G, Lititz, PA  17543-9340 (717) 569-1221 -- EIN: 23-6005817        Powered by **Intuit Payroll**

**LANCASTER AIRPORT AUTHORITY**
500 Airport Road, Suite G
Lititz, PA  17543-9340

Jay C. Newswanger
1904 Pennsylvania Ave.
Lititz, PA 17543

| Employee Pay Stub | Check number: | | Pay Period: 09/25/2023 - 10/08/2023 | Pay Date: 10/12/2023 |
|---|---|---|---|---|

**Employee**

Jay C. Newswanger, 1904 Pennsylvania Ave., Lititz, PA 17543

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Maintenance Hourly | 80.00 | 31.28 | 2,502.40 | 46,441.48 |
| Maintenance Overtime | 14.00 | 46.92 | 656.88 | 9,886.74 |
| Maintenance Vacation | | | | 2,502.40 |
| ARFF - Overtime | | | | 6,287.49 |
| Maintenance Sick Time | | | | 463.36 |
| Snow Removal Overtime | | | | 130.32 |
| Maintenance Holiday | | | | 1,927.68 |
| | 94.00 | | 3,159.28 | 67,639.47 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -70.00 | -1,470.00 |
| HSA Contrb Employee | -50.00 | -1,050.00 |
| 457 EE Pre-Tax | -157.96 | -3,381.96 |
| Dental EE Insurance - Pre | -35.12 | -737.52 |
| Vision EE Insurance - Pre | -5.68 | -119.28 |
| | -318.76 | -6,758.76 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Services Tax (LST) | -2.00 | -42.00 |
| LCTCB | -34.48 | -739.02 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -236.00 | -5,102.00 |
| Social Security Employee | -185.91 | -3,984.29 |
| Medicare Employee | -43.48 | -931.81 |
| PA - Withholding | -92.05 | -1,972.86 |
| PA - Unemployment Employee | -2.21 | -47.35 |
| | -596.13 | -12,819.33 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Life Insurance | -33.23 | -618.09 |
| Cell Phone Reimbursement | 24.23 | 508.83 |
| | -9.00 | -109.26 |

| Net Pay | | 2,235.39 | 47,952.12 |
|---|---|---|---|

| Sick | Accrued | Used | Available |
|---|---|---|---|
| Current | 0.00 | 0.00 | 361.00 |
| YTD | 0.00 | | |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0.00 | | 104.00 |
| YTD | | | |

LANCASTER AIRPORT AUTHORITY, 500 Airport Road, Suite G, Lititz, PA  17543-9340 (717) 569-1221 -- EIN: 23-6005817        Powered by Intuit Payroll