UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jay Clifford Newswanger<br>    Kelly Jo Newswanger<br><br>                  Debtors | Chapter 13<br>Bankruptcy No.23-13196-PMM |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 21st day of February, 2024, by first class mail upon those listed below:

Jay Clifford Newswanger
Kelly Jo Newswanger
1904 Pennsylvania Avenue
Lititz, PA  17543

**Electronically via CM/ECF System Only:**

JOSEPH L QUINN ESQ
ROSS QUINN & PLOPPERT PC
192 S HANOVER STREET, SUITE 101
POTTSTOWN, PA  19464

 

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee