United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jay Clifford Newswanger  
Kelly Jo Newswanger  
    Debtors

Case No. 23-13196-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 29, 2024 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jay Clifford Newswanger, Kelly Jo Newswanger, 1904 Pennsylvania Avenue, Lititz, PA 17543-9560 |
| 14828139 | + | LAKEVIEW LOAN SERVICING, LLC, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14825047 | | PPL Electric Utilities, PO Box 25222, Lehigh Valley, PA 18002-5222 |
| 14839146 | | Wellspan Health, P O BOX 15119, YORK, 17405-7119 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 01 2024 00:37:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 01 2024 00:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14825040 | + | Email/Text: bankruptcy@acacceptance.com | Mar 01 2024 00:38:00 | American Credit Acceptance, 961 East Main St, Spartanburg, SC 29302-2149 |
| 14830091 | | Email/Text: mrdiscen@discover.com | Mar 01 2024 00:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14825041 | + | Email/Text: mrdiscen@discover.com | Mar 01 2024 00:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14825042 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 01 2024 00:38:00 | Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 14841079 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2024 00:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14835909 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2024 00:48:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14827896 | ^ | MEBN | Mar 01 2024 00:32:21 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14841719 | ^ | MEBN | Mar 01 2024 00:32:09 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14825043 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2024 00:49:02 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14825044 | | Email/Text: camanagement@mtb.com | Mar 01 2024 00:38:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14836985 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2024 00:38:00 | Midland Credit Management, Inc., PO Box 2037, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 29, 2024 | Form ID: pdf900 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | | Warren, MI 48090-2037 |
| 14825045 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2024 00:38:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14825046 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 01 2024 00:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14825048 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2024 00:49:08 | Syncb/Paypalsmartconn, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14831134 | + | Email/Text: bankruptcy@bbandt.com | Mar 01 2024 00:38:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 14839396 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 01 2024 00:38:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14825049 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 01 2024 00:38:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 14839146 | | Email/Text: bankruptcynotification@wellspan.org | Mar 01 2024 00:38:00 | Wellspan Health, P O BOX 15119, YORK, 17405-7119 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:

**Name**           **Email Address**

DENISE ELIZABETH CARLON
      on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

JOSEPH L QUINN
      on behalf of Joint Debtor Kelly Jo Newswanger CourtNotices@rqplaw.com

JOSEPH L QUINN
      on behalf of Debtor Jay Clifford Newswanger CourtNotices@rqplaw.com

MICHAEL PATRICK FARRINGTON
      on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
      ECFMail@ReadingCh13.com

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Feb 29, 2024 | Form ID: pdf900 | Total Noticed: 23

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Jay Clifford Newswanger | |
| Kelly Jo Newswanger | Bankruptcy No. 23-13196-PMM |
| Debtors | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 29, 2024**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE